UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMAD AHMED MOHAMMED AL HAFIDH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MERRICK GARLAND, Attorney General, et al.,<br><br>　　　　Defendants. | Case No. 21cv1242 LAB DEB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 11]** |

　　The parties have jointly moved for dismissal of this action without prejudice. (Dkt. 11). Finding the joint motion meritorious, the Court **GRANTS** the motion and **ORDERS** that the Complaint is **DISMISSED** without prejudice under Fed. R. Civ. P. 41(a)(1). Each party will bear its own fees and costs.

　　**IT IS SO ORDERED.**

DATED: October 15, 2021

　　　　　　　　　　　　　　　　　　　_/s/ Larry A. Burns_
　　　　　　　　　　　　　　　　　　　Hon. Larry Alan Burns
　　　　　　　　　　　　　　　　　　　United States District Judge